

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

TNC Energy, LLC,                        * From the County Court at
                                         Law No. 2 of Taylor County,
                                         Trial Court No. 5948.

Vs. No. 11-15-00175-CV                   * August 21, 2015

W.R. Hennig d/b/a H & P Rentals,         * Per Curiam Memorandum Opinion
                                         (Panel consists of: Wright, C.J.,
                                         Willson, J., and Bailey, J.)

This court has considered TNC Energy, LLC's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.